# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maggs, Gregory E. | U.S. Court of Appeals for the Armed Forces | 05/15/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

450 E Street, N.W.
Washington, DC 20442

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Professorial Lecturer | The George Washington University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/15/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | West Academic Publishing, copyright royalty | $26,283.20 |
| 2. 2020 | The George Washington University, adjunct pay | $26,680.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Federalist Society | 01/29/2020-01/31/2020 | Palo Alto, California | Speaker at Stanford Law School | Transportation, meal |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Cash accounts (H) | | | | | | | | | |
| 2. - Ally Bank cash account | C | Interest | M | T | | | | | |
| 3. - Citibank cash accounts | A | Interest | M | T | | | | | |
| 4. - E*Trade cash accounts | A | Interest | J | T | | | | | |
| 5. - HealthHub cash account | A | Interest | J | T | | | | | |
| 6. - T. Rowe Price cash account | C | Interest | M | T | | | | | |
| 7. - Wells Fargo cash accounts | A | Interest | K | T | | | | | |
| 8. Brokerage account #1 (H) | | | | | | | | | |
| 9. - Williams Cos. common stock | A | Dividend | J | T | | | | | |
| 10. -WPX Energy common stock | A | Dividend | J | T | | | | | |
| 11. Brokerage account #2 (H) | | | | | | | | | |
| 12. - BNY Mellon Dynamic Tot. Return Fund mutual fund | A | Dividend | K | T | | | | | |
| 13. - ASG Global Alternatives Fund mutual fund | A | Dividend | K | T | | | | | |
| 14. - ASG Managed Futures Strategy Funds mutual fund | A | Dividend | J | T | | | | | |
| 15. - BNY Mellon cash accounts | D | Interest | N | T | | | | | |
| 16. - BNY Mellon Corporate Bond Fund mutual fund | B | Interest | K | T | | | | | |
| 17. - BNY Mellon Income Stock mutual fund | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - BNY Mellon International Fund mutual fund | A | Dividend | K | T | | | | | |
| 19. - BNY Mellon Mid Cap Multi-Strategy Fund mutual fund | A | Dividend | M | T | | | | | |
| 20. - BNY Mellon Municipal Opportunities Fund mutual fund | B | Interest | L | T | | | | | |
| 21. - BNY Mellon National Intermediate Municipal Bond Fund mutual fund | D | Interest | O | T | | | | | |
| 22. - BNY Mellon National Short-Term Municipal Bond Fund mutual fund | C | Interest | N | T | | | | | |
| 23. - DFA Emerging Markets Core Equity Fund mutual fund | A | Dividend | J | T | | | | | |
| 24. - BNY Mellon Diversified Int'l Fund mutual fund | B | Dividend | L | T | | | | | |
| 25. - BNY Mellon Floating Rate Income Fund mutual fund | B | Interest | K | T | | | | | |
| 26. - BNY Mellon Global Real Est. Secs Fund mutual fund | A | Dividend | K | T | | | | | |
| 27. - BNY Mellon Global Real Return Fund mutual fund | A | Dividend | K | T | | | | | |
| 28. - BNY Mellon High Yield Fund mutual fund | A | Interest | K | T | | | | | |
| 29. - BNY Mellon Infl. Adj. Securities Fund mutual fund | A | Interest | | | Sold | 12/24/20 | K | B | |
| 30. - BNY Mellon Int'l Small Cap Fund mutual fund | A | Dividend | K | T | | | | | |
| 31. - BNY Mellon Large Cap Equity Fund mutual fund | A | Dividend | M | T | | | | | |
| 32. - BNY Mellon Sel. Mgrs Sm Cap Growth mut. fund (X) | A | Dividend | K | T | | | | | |
| 33. - BNY Mellon Sel Mgr Small Cap Value F mutual fund | A | Dividend | K | T | | | | | |
| 34. - BNY Mellon International Equity Fund mutual fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Virtus Emerging Markets Opportunites Fund mutual fund | A | Dividend | K | T | | | | | |
| 36. Brokerage account #3 (H) | | | | | | | | | |
| 37. - ML Bank Program cash account | A | Interest | N | T | | | | | |
| 38. - Air Products & Chemicals common stock | B | Dividend | M | T | | | | | |
| 39. - Automatic Data Processing common stock | C | Dividend | M | T | | | | | |
| 40. - Berkshire Hathaway Inc common stock | A | Dividend | L | T | | | | | |
| 41. - Boeing Co. common stock | A | Dividend | K | T | | | | | |
| 42. - Broadridge Final Solutions common stock | A | Dividend | K | T | | | | | |
| 43. - CDK Global Inc common stock | A | Dividend | J | T | | | | | |
| 44. - Lumen Technologies (formerly Century Link) common stock | A | Dividend | J | T | | | | | |
| 45. - Cigna Corp common stock | A | Dividend | J | T | | | | | |
| 46. - Conduent Inc Reg SHS common stock | A | Dividend | J | T | | | | | |
| 47. - CSG Systs Intl Inc Com common stock | A | Dividend | J | T | | | | | |
| 48. - Intel Corp common stock | A | Dividend | K | T | | | | | |
| 49. - IBM common stock | A | Dividend | K | T | | | | | |
| 50. - MBIA Inc common stock | A | Dividend | J | T | | | | | |
| 51. - Merck and Co Inc SHS common stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Merrill cash account | A | Dividend | J | T | | | | | |
| 53. - Pfizer Inc common stock | A | Dividend | K | T | | | | | |
| 54. - Schlumberger Ltd common stock | A | Dividend | J | T | | | | | |
| 55. - T-Mobile (formerly Sprint) common stock | A | Dividend | J | T | | | | | |
| 56. - Texas Instruments common stock | B | Dividend | K | T | | | | | |
| 57. - Transocean Ltd common stock | A | Dividend | J | T | | | | | |
| 58. - United Parcel Service Co. common stock | B | Dividend | L | T | | | | | |
| 59. - Viacom Inc common stock | A | Dividend | J | T | | | | | |
| 60. - Western Union Co common stock | A | Dividend | K | T | | | | | |
| 61. - Weyerhaeuser Co common stock | A | Dividend | J | T | | | | | |
| 62. - Xerox Corp common stock | A | Dividend | J | T | | | | | |
| 63. - Zebra Technologies common stock | A | Dividend | M | T | | | | | |
| 64. - I Shares S&P 500 (X) | A | Dividend | L | T | | | | | |
| 65. Mutual funds (H) | | | | | | | | | |
| 66. - Vanguard Balanced Index Fund Admiral #1 mutual fund | D | Int./Div. | N | T | | | | | |
| 67. - Vanguard Balanced Index Fund Admiral #2 mutual fund | E | Int./Div. | P1 | T | Buy (add'l) | 08/17/20 | J | | |
| 68. | | | | | Buy (add'l) | 08/31/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 09/28/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 10/12/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 10/26/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/09/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 11/23/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 12/07/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 12/21/20 | J | | |
| 77. - Vanguard Total Stock Market Index Admiral #1 | D | Dividend | N | T | | | | | |
| 78. - Vanguard Total Stock Market Index Admiral #2 | E | Dividend | O | T | | | | | |
| 79. - VMMXX | A | Dividend | K | T | | | | | |
| 80. Retirement accounts (H) | | | | | | | | | |
| 81. - TIAA Traditional #1 | C | Interest | O | T | | | | | |
| 82. - TIAA Traditional #2 | A | Interest | N | T | Buy<br>(add'l) | 01/30/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 02/28/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 03/31/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 87. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 88. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 89. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 90. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 91.   - TIAA Traditional #3 | A | Int./Div. | L | T | | | | | |
| 92.   - QCSTRX #1 mutual fund | A | Dividend | O | T | | | | | |
| 93.   - QCSTRX #2 mutual fund | A | Dividend | N | T | Buy (add'l) | 01/30/20 | J | | |
| 94. | | | | | Buy (add'l) | 02/28/20 | J | | |
| 95. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 96. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 97. | | | | | Buy (add'l) | 05/29/20 | J | | |
| 98. | | | | | Buy (add'l) | 09/30/20 | J | | |
| 99. | | | | | Buy (add'l) | 10/30/20 | J | | |
| 100. | | | | | Buy (add'l) | 11/27/20 | J | | |
| 101. | | | | | Buy (add'l) | 12/23/20 | J | | |
| 102.   - QCSTRX #3 mutual fund | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - FID FREEDOM K 2030 | A | Dividend | J | T | | | | | |
| 104.  Trust #1 (H) | | | | | | | | | |
| 105.  VMFXX #1 | A | Dividend | J | T | | | | | |
| 106.  VMFXX #2 | A | Dividend | K | T | | | | | |
| 107.  VBIAX #1 | A | Dividend | K | T | Open | 08/28/20 | J | | |
| 108. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 109. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 110. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 111. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 112.  Trust #2 (H) | | | | | | | | | |
| 113.  VMFXX #3 | A | Dividend | M | T | | | | | |
| 114.  VBIAX #2 | A | Dividend | K | T | Open | 08/28/20 | J | | |
| 115. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 116. | | | | | Buy<br>(add'l) | 10/02/20 | J | | |
| 117. | | | | | Buy<br>(add'l) | 11/02/20 | J | | |
| 118. | | | | | Buy<br>(add'l) | 12/02/20 | J | | |
| 119.  Inherited IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maggs, Gregory E. | 05/15/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VMFXX #4 (formerly #3) | D | Dividend | P1 | T | | | | | |
| 121. VBIAX #3 | A | Dividend | L | T | Open | 08/28/20 | J | | |
| 122. | | | | | Buy (add'l) | 09/02/20 | J | | |
| 123. | | | | | Buy (add'l) | 10/06/20 | J | | |
| 124. | | | | | Buy (add'l) | 11/03/20 | J | | |
| 125. | | | | | Buy (add'l) | 12/03/20 | J | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,600 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maggs, Gregory E.** | 05/15/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts

Line 44: Stock renamed as indicated.

Line 45: In the 2019 form, Column D1 mistakenly reported "Sold" instead of"Sold (partial)."

Line 55: Stock renamed as indicated

Line 78: In the 2019 form, Column C1 mistakenly reported value P1 instead if O.

Line 93: In the 2019 form, Column C1 mistakenly reported value O instead of N.

Line 113: In the 2019 form, Column C1 mistaken reported value K instead of M.

Line 120: VMFXX #4 was formerly indentified as VMFXX #3

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory E. Maggs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544